UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

    **Plaintiff,**

v.

**NEW HON WONG RESTAURANT INC. d/b/a NEW HON WONG RESTAURANT**, a New York for profit corporation,

    **Defendants.**

_____/

Case No. 1:16-cv-06616

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED

1/6/17

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff FREDKIEY HURLEY, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties seek a dismissal of all claims *with prejudice*.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4158666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009
**Counsel for Plaintiff**

**SO ORDERED:**

/s/
U.S.D.J.
1/6/17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 5, 2017, I electronically filed the foregoing via the CM/ECF System which will send a notice of electronic filing to all counsel of record.

>By: /s/ Tara Demetriades
>Tara Demetriades, Esq.
>New York Bar No. 4185666