## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

                                           Case No. 1:16-cv-06616

        **Plaintiff,**

**v.**

**EGLISAU CANAL REALTY LLC**
a New York for profit corporation,

        **Defendants.**
_____/

## <u>NOTICE OF SETTLEMENT</u>

    Plaintiff **FREDKIEY HURLEY**, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provide move this honorable Court with the Notice of Settlement of all claims in their entirety. The Parties are presently finalizing their settlement agreement and preparing a joint motion submitting a consent decree for approval by this honorable Court.

    The Parties' intend on finalizing their settlement and related documents to this Court within thirty (30) days of the filing of the instant notice.

    Respectfully submitted on January 18, 2017.

                         **By: /s/ Tara Demetriades**
                         Tara Demetriades, Esq.
                         New York Bar No. 4185666

                         **ADA Accessibility Associates**
                         2076 Wolver Hollow Road
                         Oyster Bay, New York 11771
                         E: TDemetriades@Aol.com
                         T: (516) 595-5009

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on January 18, 2017.


**By: /s/ Tara Demetriades**
Tara Demetriades, Esq.
New York Bar No. 4185666